IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 30, 2008

Charles R. Fulbruge III
Clerk

No. 06-51512
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

NITEROI DAVIS

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:06-CR-124-ALL

Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Niteroi Davis presents arguments that are foreclosed by United States v. Daugherty, 264 F.3d 513, 518 (5th Cir. 2001), and United States v. Rawls, 85 F.3d 240, 242-44 (5th Cir. 1996), which rejected Commerce Clause challenges to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). See United States v. Guidry, 406 F.3d 314,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

318-19 (5th Cir. 2005). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.